In the matter of the appeal from the decree of the orphans court of the county of Camden admitting to probate a certain paper writing purporting to be the last will and testament of THOMPSON A. MCCLURE, deceased.

[Submitted March 5th, 1923. Decided April 16th, 1923.]

### Wills—Evidence Justifies Probate of.

On petition of appeal.

*Mr. Arnold J. Beckenbach* and *Mr. Herbert A. Drake*, for the proponents.

*Mr. Thomas B. Hall*, for the caveator.

INGERSOLL, VICE-ORDINARY.

In addition to the testimony taken in the orphans court, a great volume of evidence has been taken before me.

The proctors of the proponents and of the caveators have been indefatigable in their arguments and in their presentation of the law.

After consideration of the evidence and of the law, I am convinced that the finding of the orphans court was correct, and that the will of the said Thompson A. McClure should be admitted to probate, for the reasons stated in the opinion delivered in the orphans court.